# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEVIN BOND,** | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **PRIMECARE MEDICAL,** | : | **No. 11-1046** |
| **Defendant.** | : | |

## ORDER

**AND NOW**, this **9ᵗʰ** day of **May, 2011**, upon consideration of Defendant PrimeCare

Medical's Motion to Dismiss, and for the reasons stated in this Court's Memorandum dated May

9, 2011, it is hereby **ORDERED** that:

1.  Defendant's Motion to Dismiss (Document No. 9) is **GRANTED**.

2.  Plaintiff's Complaint (Document No. 3) is **DISMISSED without prejudice**.

3.  Plaintiff may file an Amended Complaint no later than **Monday**, **June 6**, **2011**.

BY THE COURT:

**Berle M. Schiller, J.**