IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEVIN BOND,** | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **PRIMECARE MEDICAL,** | : | No. 11-1046 |
| Defendant. | : | |

## ORDER

AND NOW, this **27th** day of **July, 2011**, upon consideration of Defendant PrimeCare Medical's Motion to Dismiss Amended Complaint, and for the reasons stated in this Court's Memorandum dated July 27, 2011, it is hereby **ORDERED** that:

1. Defendant's Motion to Dismiss Amended Complaint (Document No. 16) is **GRANTED**.

2. Defendant's duplicative Motion to Dismiss Amended Complaint (Document No. 14) is **DENIED as moot**.

3. Plaintiff's Amended Complaint (Document No. 13) is **DISMISSED with prejudice**.

4. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
Berle M. Schiller, J.